```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

ROBERT T. McGALLAGHER,          :

    Plaintiff,              :

vs.                             :

                                            CIVIL ACTION 04-0811-M

JO ANNE B. BARNHART,            :
Acting Commissioner of
Social Security,                :

    Defendant.              :


## MEMORANDUM OPINION AND ORDER

In this action under 42 U.S.C. § 1383(c)(3), Plaintiff seeks judicial review of an adverse social security ruling which denied a claim for Supplemental Security Income (Doc. 10). The parties filed written consent and this action has been referred to the undersigned Magistrate Judge to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73 (*see* Doc. 13).

Defendant has filed a Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to the Defendant (Doc. 11). Defendant has stated that Plaintiff's attorney has no objection to the motion (Doc. 11, p. 2).

Defendant states that

> [o]n remand by the Court, the Appeals
> Council will vacate the August 19, 2003

>administrative decision and direct the [Administrative Law Judge (hereinafter *ALJ*)] to conduct a hearing in accordance with 20 C.F.R. § 416.1429 (2004), in which Plaintiff has the opportunity to testify and fully assess Plaintiff's mental impairment and determine whether his impairments meet Listing 12.05C. Specifically, the ALJ will evaluate Plaintiff's IQ scores obtained in April 1992, November 1992, and October 2002, as well as Plaintiff's other impairments in determining whether his impairments meet Listing 12.05C.

(Doc. 11, pp. 1-2).  This is a tacit admission that Plaintiff's application was not appropriately considered and that this action should be reversed.  Without reviewing the substantive evidence of record, this Court accepts Defendant's acknowledgment of error.

It appears to the Court that the decision of the Secretary should be reversed and remanded.  Such remand comes under sentence four of 42 U.S.C. § 405(g).  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  For further procedures not inconsistent with this report, see *Shalala v. Schaefer*, 509 U.S. 292 (1993).

Therefore, it is **ORDERED**, without objection from Plaintiff, that Defendant's Motion to Remand under sentence four be **GRANTED** (Doc. 11) and that this action be **REVERSED** and **REMANDED** to the Social Security Administration for further

administrative proceedings not inconsistent with the orders of this Court.  Judgment will be entered by separate order.

DONE this 16th day of June, 2005.

				s/BERT W. MILLING, JR.
				UNITED STATES MAGISTRATE JUDGE