```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

ROBERT T. McGALLAGHER,          :

    Plaintiff,                  :

vs.                             :
                                        CIVIL ACTION 04-0811-M
JO ANNE B. BARNHART,            :
Acting Commissioner of
Social Security,                :

    Defendant.                  :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Robert T. McGallagher and against Defendant Jo Anne B. Barnhart.

DONE this 16th day of June, 2005.

                                                 s/BERT W. MILLING, JR.
                                                 UNITED STATES MAGISTRATE JUDGE