```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

ROBERT T. McGALLAGHER,           :
                                 :
    Plaintiff,                   :
                                 :
vs.                              :     CIVIL ACTION 04-0811-M
                                 :
JO ANNE B. BARNHART,             :
Commissioner of                  :
Social Security,                 :
                                 :
    Defendant.                   :


<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. 2412 be and is hereby **GRANTED** and that Plaintiff's attorney, Colin E. Kemmerly, be and is hereby **AWARDED** an EAJA attorney's fee in the amount of $562.50.  No costs are taxed.

DONE this 28th day of September, 2005.

                                         <u>s/BERT W. MILLING, JR.</u>
                                         UNITED STATES MAGISTRATE JUDGE